**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JAMES RAMSEY, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| -vs- | ) | NO. CIV-26-1666-HE |
| | ) | |
| STATE OF OKLAHOMA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

On August 7, 2026, United States Magistrate Judge Amanda L. Maxfield issued a Report and Recommendation [Doc. #8], recommending the court deny petitioner's application for leave to proceed in forma pauperis [Doc. #1] and motion requesting permission to proceed in forma pauperis [Doc. #7]. She further recommended that if petitioner does not pay the $5.00 filing fee in full to the court clerk within 21 days of any order adopting the Report and Recommendation, this action be dismissed without prejudice to re-filing.

The magistrate judge advised petitioner of his right to file an objection to the Report and Recommendation by August 28, 2026, and the consequences for failure to make a timely objection.

To date, petitioner has not filed an objection to the Report and Recommendation. The right to appellate review of both factual and legal issues contained in the Report and Recommendation is therefore waived. *See* Moore v. United States, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Report and Recommendation [Doc. #8] is **ADOPTED**. The application for leave to proceed in forma pauperis [Doc. #1] and the motion requesting permission to proceed in forma pauperis [Doc. #7] are **DENIED**.

Petitioner is **DIRECTED** to pay the $5.00 filing fee in full to the court clerk **within 21 days** from the date of this order. Failure to comply will result in the dismissal of this action without prejudice.

**IT IS SO ORDERED**.

Dated this 8th day of September, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE